```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 10/30/2023 | |

KATHERINE FAJARDO and VICTOR MORALES,
individually and on behalf of others similarly
situated,

                        Plaintiffs,                      **ORDER**

              - against -                        23 Civ. 5304 (NSR)

SIMPLE SICHUAN INC. (D/B/A O MANDARIN),
PETER LIU, JIANG ZHENG AKA KEVIN ZHENG,
and DANIEL NEGRIN,

                        Defendants.

```
-----------------------------------------------------------------X
```

Román, D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:        October 30, 2023
                  White Plains, New York



                                                                            Nelson S. Román, U.S.D.J.