UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KATHERINE FAJARDO, and VICTOR MORALES,
*individually and on behalf of others similarly situated,*

                *Plaintiffs*,

   -against-

SIMPLE SICHUAN INC. (D/B/A O MANDARIN),
PETER LIU, JIANG ZHENG AKA KEVIN ZHENG,
and DANIEL NEGRIN,

                *Defendants.*

-----------------------------------------------------------------X

Docket No. **7:23-cv-05304-NSR**

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, KATHERINE FAJARDO, and VICTOR MORALES, have judgment against Defendants SIMPLE SICHUAN INC. (D/B/A O MANDARIN), PETER LIU, JIANG ZHENG AKA KEVIN ZHENG, and DANIEL NEGRIN, jointly and severally, in the amount of Thirtyu-Five Thousand Dollars and Zero Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____

                                                   _____
                                                   N<small>ELSON</small> S<small>TEPHEN</small> R<small>OMAN</small>
                                                   U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small> J<small>UDGE</small>
                                                   S<small>OUTHERN</small> D<small>ISTRICT</small> OF N<small>EW</small> Y<small>ORK</small>