```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KATHERINE FAJARDO, and VICTOR MORALES,
*individually and on behalf of others similarly situated,*

                *Plaintiffs*,

-against-

SIMPLE SICHUAN INC. (D/B/A O MANDARIN),
PETER LIU, JIANG ZHENG AKA KEVIN ZHENG,
and DANIEL NEGRIN,

                *Defendants.*

-----------------------------------------------------------------X

Docket No. **7:23-cv-05304-NSR**

**JUDGMENT**

## JUDGMENT

On January 5, 2024 Plaintiffs filed a notice of acceptance of offer of judgment solely on their individual claims pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, KATHERINE FAJARDO, and VICTOR MORALES, have judgment against Defendants SIMPLE SICHUAN INC. (D/B/A O MANDARIN), PETER LIU, JIANG ZHENG AKA KEVIN ZHENG, and DANIEL NEGRIN, jointly and severally, in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

The Court further notes that Plaintiffs submitted a letter to the Court dated January 11, 2024 stating their intent to discontinue their class action claims. Accordingly, Plaintiffs' class action claims are DISMISSED.

Dated: July 25, 2024

                                                _____
                                                NELSON STEPHEN ROMAN
                                                UNITED STATES DISTRICT COURT JUDGE
                                                SOUTHERN DISTRICT OF NEW YORK